M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Joe Nathan Giles Jr. )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )
 )
Mrs, Angie McClellan )
Ms. Deborah Ann Giles )
Insurance Company or Life )
Mrs. Susie Ann Giles )
President of the Pass )
Insurance Company )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:18-CV-138-WHA-GMB
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☑    NO ☐

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s) _Joe Nathan Giles Jr. #123350_
_Unit A-13 1000 St Clair Road Springville Ala_

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county):
_Northern District of Alabama_
_Birmingham Ala_

CRimEStoppers Birmingham #B 4.16-CV-00264-KoB-
SGC / Appeal Number #17-11515 - BB
Medical #4.16-CV-00982-LSC-SGC./Appeal #17-14192 -J

3.    Docket number A DoC #4:17-CV-00874-LSC-SGC

4.    Name of judge to whom case was assigned __N/A__

5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still
      pending ?) __N/A__

6.    Approximate date of filing lawsuit __N/A__

7.    Approximate date of disposition __N/A__

II.   PLACE OF PRESENT CONFINEMENT __St Clair, Correctional Facility__
__Springville Alabama__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __St Clair C.F.__
__Springville Ala__

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.

      NAME                              ADDRESS

1.  Mrs. Angie McClellan, Post Office Box 244040 MAX Bank, Montgomery Ala 36124
2.  Ms. Deborah Ann Giles P.O. Box 4761 Montgomery Ala 36103
3.  The Insurance Company of late decease
4.  Mrs. Susie Ann Giles Had Her Insurance At
5.  President of that Company
6.  _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED __Wednesday__
__December 13th 2006,__

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Mrs. Angie McClellan, As Bank Manager
Never Did Notify me of Any information of my
Deceased mother who Depart this life of

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

December 13th 2016 of such "Will" Are inheritance which I am the youngest of Four I never Recived Any left of Any Flom manager of max credit union Sister Deborah Ann Giles who Walk At montgomery Transcend Street Bus was power of Attorney Didn't Tell me Nothing

GROUND TWO: Sent me A Check For $72 Dollars wouldn't Tell me anything About The INSURANCE money I Supose To Recived From The Policy of Insurance my mom Had on me

SUPPORTING FACTS: I Joe Nathan Giles Jr Asked Deborah ann Giles over over How much was the inheritance was an How much INSURANCE coverage mother HAD on me it where Always An Argument "SCRIPTURE" PROVERbs # 20 vs 21 Speaks of money of inheritance So I Tried writein this Bank Credit union of Max's in montgomery Ala, manager Even Tryed Calling No luck

GROUND THREE: SAME AS ONE & TWO I Addressed All and Come up with out Any ANSWER OF The Truth

SUPPORTING FACTS: I Joe Nathon Giles Jr, who I'm imprisonment and Been Since 1980 I wish To Have An open Hearing in The Present OF A Judge and if These Two Ladies ARE Hiding the Truth of my mother money want Chargelies Braught Against Them Perjury On Theft

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I want Both womens To Come Clean with A
open HEARing an $ 20,000,⁰⁰ From EAch For
LYING and giveing out FALSE iNFoRmAtion
oF my LATE mothen Death oF INheRitance an
INSURANCE Company President Held Acauntable To

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                        (Date)

_____
Signature of plaintiff(s)

I SWEAR Under oATh 26th DayoF FebRuARy  20018, is coRRECT an TRUE.

_____
NotARy OFFICER

                                    8-1-2021
_____
    my Commissionen ExpiRES

Case 2:18-cv-00138-WHA-GMB    Document 1    Filed 02/28/18    Page 5 of 5

Joe Nathan Giles # 123350
Unit A-13 1000 St Clair Road
Springville Alabama
35146



BIRMINGHAM AL 35

26 FEB 2018 PM 2

usa forever Dorothy Height    usa forever Dorothy Height

"This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated,
and the ADOC is not responsible for the substance or
content of the enclosed communication."

Clerk, United States District
Court One Church Street, Suite B 10
Montgomery Alabama
36104-4018

36104#4018