CC.

"Amended Complaint"

United States District Court One Church Street, Suite B-110 Montgomery, Alabama 36104-4018

RECEIVED

Case: 2:18-CV-00138-WHA-GMB

2018 APR 30 A 10:57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA.

Come Now, Joe Nathan Giles, Known To This Honorable Court As Plaintiff Clear And Confirm of The "Errors" of this Court in This Case That Was misconstrued About the Bank Manager Angie McClellan Did Not Contact Plaintiff in The Prison Nor Did His Sister Deborah Ann Giles of the Death of late Mrs. Susie Ann Giles, December 13th 2016 I was Told By Next Of Kind in California Four Days later, Unresponsibility of Such Power Attorney over An Family Inheritance and insurance once Again Plaintiff Didn't State By only one insurance Company I Never was told where are who my mother Did Her life Insurance of Her youngest Son Joe nathan Giles Jr. Both Womens Failed to inform Plaintiff of needed information Joe Nathan Giles Jr Also Wrote This Federal Court and Asked For information of The State Probate Court So He Could Address This issue of The withheld Property Custody of the money it was All Alot of Arguments Between Brother Jerome Giles Other Sister Edna Carter, Scripture Proverbs #20 vs 21 I Ask This Count To Foward This Complaint In other Paper Work To The Probate State Court For View Seek $20,000.00 From Each Defendant

I Swear under oath this 24th Day of April 2018, is True and Correct A Hand

_____ Micton, J
Notary Officer

_____ Joe Giles
Plaintiff

8-30-2021

My Commisser Expires

Joe nathan Giles #123350
Unit D-1-2 1000 St Clair Road
Springville Alabama
35146

BIRMINGHAM
AL 350
27 APR '18
PM 2 L

NEOPOST          FIRST-CLASS MAIL
04/26/2018
US POSTAGE $000.47⁰



ZIP 35146
041L11259476

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
One Church Street Suite B-110
Montgomery Ala 36104

36104$9999