IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE NATHAN GILES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-138-WHA-GMB |
| | )   (wo) |
| ANGIE McCLELLAN, and | ) |
| DEBORAH ANN GILES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the court is Plaintiff Joe Nathan Giles, Jr.'s Motion to Send Copy of Document 8-1. Doc. 9. Giles asks this court to send him a copy of Document 8-1, which is the Civil Appeals Jurisdiction Checklist. Giles states that his copy of the Checklist was lost in a fire at the St. Clair Correctional Facility in Springville, Alabama. Doc. 9.

Accordingly, it is

HEREBY ORDERED that the Motion to Send Copy of Document 8-1 (Doc. 9) is GRANTED.

The Clerk of the Court is DIRECTED to send one additional copy of the Civil Appeals Jurisdiction Checklist to Giles (Doc. 8-1).

Done this 11th  day of April, 2019.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNTIED STATE DISTRICT JUDGE